kane County, No. 212872, George T. Shields, J., entered February 26, 1974. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.

[No. 946-3.    Division Three.    June 18, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSS FURLOW, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 17812, Harry Hazel, J. Pro Tem., entered August 29, 1973. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1349-2.    Division Two.    June 23, 1975.]

VANLEW C. LAMPORT et al, *Appellants*, v. D. E. ROBINSON et al, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 222996, W. R. Cole, J., entered February 23, 1974. *Dismissed* by unpublished per curiam opinion.

[No. 1262-3.    Division Three.    June 23, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DAVID CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 18217, Bruce P. Hanson, J., entered July 2, 1974. *Affirmed* by unpublished opinion per Willis, J. Pro Tem., concurred in by McInturff, C.J., and Green. J.

[No. 2650-1.    Division One.    June 23, 1975.]

SHARON CHAFFIN, as *Administratrix, Appellant*, v. HARSCO CORPORATION et al, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 710105, Edward E. Henry, J., entered November 21, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and James, JJ.